## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT, INC., WARNER BROS. CONSUMER PRODUCTS, INC. and TURNER ENTERTAINMENT CO., <br><br>Plaintiffs, <br><br>v. <br><br>DAVE GROSSMAN CREATIONS, INC., GIFT OF SOUND LLC, X ONE X PRODUCTIONS d/b/a X ONE X MOVIE ARCHIVES, INC., A.V.E.L.A., INC. d/b/a ART & VINTAGE ENTERTAINMENT LICENSING AGENCY, and ART-NOSTALGIA.COM, INC., <br><br>Defendants. | Case Number:  06-CV-00546 REA |

### ORDER

Plaintiffs, Warner Bros. Entertainment, Inc. Warner Bros. Consumer Products, Inc., and Turner Entertainment Co. ("Warner Bros.") have filed their Motion to Compel Discovery and Memorandum in Support thereof. Upon consideration of this motion, IT IS HEREBY ORDERED THAT:

X One X Productions d/b/a X One X Movie Archives, Inc., A.V.E.L.A., Inc. d/b/a Art & Vintage Entertainment Licensing Agency, and Art-Nostalgia.com, Inc. ("AVELA Defendants")

(a) provide full and complete answers to Warner Bros. First Set of Discovery;

(b) provide full and complete answers to Warner Bros.'s Second Request for Documents;

(c) provide all documents and information withheld based upon their purported confidential nature, now that a protective order has been entered;


EXHIBIT A

(d) ~~to reimburse Warner Bros. for the reasonable expenses incurred in making this motion, including Warner Bros.'s reasonable attorneys' fees and costs; and~~

(e) for such other and further relief as this Court deems just and proper.

SO ORDERED:

Dated: 6-20-07

*/s/ Henry E. Autrey*
HON. HENRY E. AUTREY
United States District Judge